IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01755-WDM-CBS

BASIC COMFORT, INC.,

    Plaintiff,

v.

RUMBLE TUFF, INC., et al.,

    Defendant.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 23, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge